UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MESSIER, ET AL., | : | CASE NO. |
| *Plaintiffs,* | : | 3:94-CV-01706-EBB |
| v. | : | |
| | : | |
| SOUTHBURY TRAINING SCHOOL, ET AL., | : | |
| *Defendants.* | : | FEBRUARY 3, 2011 |

MOTION FOR ADMISSION OF
ATTORNEY ERIC ROTHSCHILD *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut ("D. Conn. L. Civ. R."), the undersigned, a member in good standing of the Bar of this Court, respectfully moves the Court for admission of Eric Rothschild, Esq. of Pepper Hamilton LLP to appear on behalf of the Public Interest Law Center of Philadelphia ("PILCOP") in the above-captioned matter. In accordance with D. Conn. L. Civ. R. 83.1(d), and based on the Affidavit of Eric Rothschild, Esq. attached hereto as Exhibit A, the undersigned represents as follows:

      1.    Eric Rothschild, Esq. is counsel to the law firm of Pepper Hamilton LLP in Philadelphia, PA.

      2.    As set forth in the attached Exhibit A, Eric Rothschild is a member in good standing of the Bars of the State of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit.

      3.    To the best of my knowledge, Eric Rothschild has never been denied admission or disciplined by this Court or any other court, and Eric Rothschild has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

4. The purpose of this motion is to make it possible for Eric Rothschild to represent PILCOP with respect to the matter of attorneys' fees in the above-captioned litigation. The granting of this motion will not require modification of any scheduling order.

5. Together with the filing of this motion, the undersigned is depositing the mandatory fee of $25.00 with the Clerk of the Court.

WHEREFORE, the undersigned counsel, respectfully requests that this Court grant admission of Eric Rothschild, Esq. *pro hac vice* as counsel for PILCOP in this matter.

Respectfully Submitted,

David C. Shaw, Esq., Fed. Bar No. ct05239
Law Office of David C. Shaw LLC
34 Jerome Ave, Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dshaw@dcshawatty.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD MESSIER, ET AL., | : | CASE NO. |
|     *Plaintiffs*, | : | 3:94-CV-01706-EBB |
| v. | : | |
| SOUTHBURY TRAINING SCHOOL, ET AL., | : | |
|     *Defendants*. | : | FEBRUARY    , 2011 |
| : | | |

## ORDER

The foregoing Motion for Admission of Attorney Eric Rothschild *Pro Hac Vice*, having been presented to and considered by the Court, is hereby ORDERED:

GRANTED/DENIED.

THE COURT,

_____
Judge/Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed first class, postage prepaid to counsel of record on February 3, 2011.

Henry A. Salton, Esq., Assistant Attorney General
Dept. Head of Health & Education Division
State of Connecticut
P.O. Box 120, Hartford, CT 06141

James P. Welsh, Esq., Legal & Gov. Affairs, Director
State of Connecticut
Department of Developmental Services
460 Capitol Ave., Hartford, CT 06106

Thomas B. York, Esq.
The York Legal Group, LLC
3511 N. Front St., Harrisburg, PA 17110 1438

Frank J. Laski, Esq.
24 School St., 8th Floor, Boston, MA 02108

Judith Gran, Esq.
19 Chestnut St., Haddonfield, NJ 08033

Eric Rothschild, Esq.
Pepper Hamilton LLP
3000 Two Logan Sq.
18th and Arch Streets, Philadelphia, PA 19103

_David C. Shaw_
David C. Shaw

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD MESSIER, ET AL., <br>     *Plaintiffs*, <br> v. <br><br> SOUTHBURY TRAINING SCHOOL, ET AL., <br>     *Defendants*. | CASE NO. <br> 3:94-CV-01706-EBB |

**AFFIDAVIT OF ERIC ROTHSCHILD**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of the motion for my admission *pro hac vice* in connection with the above-captioned action, I, Eric Rothschild, hereby affirm:

1. My office address, telephone number, fax number, and e-mail address are as follows:

   Eric Rothschild, Esq.
   Pepper Hamilton LLP
   3000 Two Logan Square
   Eighteenth & Arch Streets
   Philadelphia, PA 19103-2799
   Telephone: 215-981-4813
   Fax: 215.981.4750
   E-mail: rothschilde@pepperlaw.com

2. I am a member in good standing of the Bars of the State of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit.

3. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric Rothschild

Sworn to before me
this _1st_ day of _Feb_ 20_11_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2011

2