# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

### CASE NUMBER: 3:94CV01706 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Public Interest Law Center of Philadelphia

I certify that I am admitted to practice in this Court.

_March 23, 2011_  
**Date**

_____  
**Signature**

_phv04527_  
**Connecticut Federal Bar Number**

_Eric Rothschild_  
**Print Clearly or Type Name**

Pepper Hamilton, LLP

_(215) 981-4813_  
**Telephone Number**

_3000 Two Logan Square, 18th & Arch Sts._  
**Address**

_(215) 981-4750_  
**Fax Number**

Philadelphia, PA  19103

_rothsche@pepperlaw.com_  
**E-mail address**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

**CERTIFICATE OF SERVICE**
Rev. 12/1/04

| | |
|---|---|
| Richard Messier, et al.,        ) | Case No. 3:94CV01706 (EBB) |
| )  | |
| v.                              ) | |
| )  | |
| Southbury Training School, et al.   ) | |

I hereby certify that on March 23, 2011, a copy of foregoing Attorney Appearance Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Rothschild
Eric Rothschild (phv04527)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
(215) 981-4813
Fax: (215) 981-4750
E-mail: rothsche@pepperlaw.com